[No. 26754-3-II.   Division Two.   January 4, 2002.]

DANIEL FRANKLIN HAINES, *Appellant*, v. CATHY PEARSALL-STIPEK, *as Pierce County Auditor, Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-08194-2, M. Karlynn Haberly, J., entered November 13, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 19448-5-III.   Division Three.   January 8, 2002.]

ROBIN COSTELLO, *Individually and as Personal Representative, Appellant*, v. DEACONESS MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-05673-2, James M. Murphy, J., entered July 14, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19538-4-III.   Division Three.   January 8, 2002.]

*In the Matter of the Personal Restraint of* ROGER S. STONE, *Petitioner*.

Appeal from a judgment of the Superior Court for Douglas County, No. 99-1-00071-8, John Hotchkiss, J., entered December 6, 1999. *Remanded* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.